UNITED STATES of America,
Plaintiff–Appellee

v.

Armando ROJAS–SAMANIEGO,
Defendant–Appellant.

No. 07–41157
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 22, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Luis Antonio Figueroa, Law Office of Luis Antonio Figueroa, Laredo, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Armando Rojas–Samaniego (Rojas) appeals the 15–month sentence imposed upon revocation of unsupervised probation. As the Government concedes, the sentence was plainly erroneous because the maximum sentence that could have been lawfully imposed was six months. *See* 8 U.S.C. § 1325(a); 18 U.S.C. §§ 3551(a), 3565(a)(2). The sentence is VACATED and the case is REMANDED for resentencing. *See United States v. Coil*, 442 F.3d 912, 914 (5th Cir.2006).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.